No. 11–6781.  ANDERSON *v.* LUND, SUPERINTENDENT, CLAR-INDA CORRECTIONAL FACILITY.  C. A. 8th Cir.  Certiorari denied.

No. 11–6785.  WATSON *v.* TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 11–6786.  MIN WU *v.* YUNLING HU.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–6800.  DRIVER *v.* LANDERS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–6812.  RIVAS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–6823.  ARCEO ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–6835.  CUNNINGHAM *v.* OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 11–6848.  BRADDOCK *v.* RAPELJE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–6849.  AVILEZ *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 11–6850.  BUTLER *v.* FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–6852.  BASSETT *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–6908.  WILLIAMS *v.* MARTEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–6922.  BROWN *v.* NARVAIZ.  C. A. 10th Cir.  Certiorari denied.

